**Joseph Royster, appellee, v. J. C. Murdock, appellant. Gen. No. 6,867.**

Action against a dentist for malpractice. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed March 17, 1921. Niehaus, J., took no part.

Jack, Irvin & Jack, for appellant. Quinn & Quinn, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**Charles L. Schultz, appellee, v. Chicago & Alton Railroad Company, appellant. Gen. No. 6,868.**

Action on the case for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Will county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed March 17, 1921.

Donovan & Bray, for appellant; Silas H. Strawn, of counsel. Harry C. O'Brien and Pence B. Orr, for appellee; David A. Orebaugh, of counsel.

Mr. Justice Heard delivered the opinion of the court.

---

**Charles Braseman, administrator of the estate of Frank Braseman, deceased, appellee, v. Fred Klahn, appellant. Gen. No. 6,869.**

Action for damages for death resulting from injuries to deceased by being run over by a tractor. Judgment for plaintiff. Appeal from the Circuit Court of Kane county; the Hon. Adam C. Cliffe, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 17, 1921.

Robert S. Egan and Ernest C. Luther, for appellant. Charles L. Abbott, Charles G. Seidel and Roy R. Phillips, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**Dan Van Matre, appellant, v. Overland Rockford Company, formerly Rockford Overland Company, appellee. Gen. No. 6,879.**

Assumpsit by an automobile subdealer against a dealer for a balance claimed due on an automobile sales agreement. Judgment for defendant. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed March 17, 1921.

David D. Madden, for appellant. Garrett, Maynard & Hull, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**Thomas Robinson and Hyman Robinson, trading as Fort Dodge Iron & Metal Company, appellees, v. David Wine, trading as Kewanee Iron & Metal Company, appellant. Gen. No. 6,881.**

Action upon agreements for the sale of scrap iron, including an agreement for a bonus. Judgment for plaintiffs on a directed verdict. Appeal from the City Court of Kewanee; the Hon. H. Sterling Pomeroy, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 17, 1921.

Robert C. Morse and Sturtz & Ewan, for appellant. John T. Cummings and James H. Andrews, for appellees.

Mr. Justice Heard delivered the opinion of the court.